IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| SHARON DAVIS,<br><br>Plaintiff,<br><br><br>vs.<br><br><br>TOM VILSACK, et al.,<br><br>Defendants. | ORDER ADOPTING REPORT AND RECOMMENDATION<br><br><br><br><br>Case No. 2:16-cv-907 DB-BCW<br><br>Judge Dee Benson |

      Before the Court is the Report and Recommendation issued by United States Magistrate Judge Brooke C. Wells on September 12, 2016, recommending that Plaintiff's Complaint be dismissed, without prejudice, and that the Court provide Plaintiff with 30 days from the date of this Order to cure the deficiencies outlined in the Report and Recommendation. Specifically, Plaintiff's failure to plead personal jurisdiction or venue in this district.

      The parties were notified of their right to file objections to the Report and Recommendation within fourteen (14) days after receiving it. Neither party has filed such an objection.

      Having reviewed all relevant materials, including the reasoning set forth in the

Magistrate Judge's Report and Recommendation, the Court ADOPTS the Report and Recommendation and and DISMISSES Plaintiff's Complaint, without prejudice. Plaintiff shall have 30 days from the date of this Order to cure the jurisdictional deficiencies set forth above and outlined in the Report and Recommendation. If Plaintiff fails to timely cure these deficiencies within 30 days the action shall be dismissed.

    IT IS SO ORDERED.

    DATED this 7th day of October, 2016.

                                              Dee Benson
                                              United States District Judge